# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

GRACE ALBANESE,

                Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

                Defendant(s).

Case No. 2:17-CV-1780 JCM (VCF)

ORDER

       Presently before the court is Magistrate Judge Cam Ferenbach's report and recommendation in the matter of *Albanese v. Las Vegas Metro. Police Dept.*, case number 2:17-cv-01780-JCM-VCF. No objections have been filed, and the deadline for doing so has passed.

       Magistrate Judge Ferenbach ruled in his report and recommendation that this matter should be dismissed with prejudice. (ECF No. 27). In light of the court's order directing plaintiff Grace Albanese to seek leave of the chief judge of this court to pursue this case (ECF No. 26), the magistrate judge found that Albanese had not yet filed a proper application for leave and that the March 15, 2019, deadline to do so had passed (ECF No. 27).

       This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

       Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149

**James C. Mahan**
**U.S. District Judge**

(1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

Nevertheless, this court conducted a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying filings, this court finds good cause appears to adopt the magistrate judge's findings in full.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's report and recommendation (ECF No. 27) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that this case be DISMISSED with prejudice.

The clerk shall enter judgment accordingly and close the case.

DATED October 11, 2019.

_____
UNITED STATES DISTRICT JUDGE